No. 02–479. MEDICAL BOARD OF CALIFORNIA v. HASON. C. A. 9th Cir. Motion of the United States for leave to intervene granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. 

No. 01–10303. MOZLEY v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. 

No. 01–10551. DEJESUS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 01–11015. EVANS v. CITY OF KINGSVILLE, TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 02–202. D. L. CROMWELL INVESTMENTS, INC., ET AL. v. NASD REGULATION, INC. C. A. 2d Cir. Certiorari denied. 

No. 02–209. FERNANDEZ ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–217. WILSON ET AL. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 02–218. GRINE ET AL. v. COOMBS ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–223. ANGARONE ET AL. v. IENCO. C. A. 7th Cir. Certiorari denied. 

No. 02–346. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL–CIO, ET AL. v. LOWE EXCAVATING CO. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 02–397. DELOITTE & TOUCHE LLP ET AL. v. DIRIENZO ET AL. C. A. 2d Cir. Certiorari denied. 

No. 02–399. KRAFT v. CAL-WESTERN RECONVEYANCE CORP. ET AL. C. A. 9th Cir. Certiorari denied. 
